**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>KDC AGRIBUSINESS LLC, et al.,<br><br>Debtor. | Chapter 7<br>BK. No. 23-10786 (CTG)<br>BK. BAP No. 26-45 |
| GEORGE L. MILLER, not individually but as Chapter 7 Trustee For KDC Agribusiness LLC, et al.,<br><br>Appellant,<br><br>v.<br><br>FOLEY & LARDNER LLP,<br><br>Appellee. | Civil Action No. 26-891-CFC |

**ORDER**

At Wilmington, Delaware, this **9th day of October 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, and conducting several teleconferences with the parties, in order to determine the appropriateness of mediation for the case, as was the previous policy of the District Court;

WHEREAS the Court was unable to get the parties to agree on a mutually acceptable framework for pursuing mediation;

WHEREAS, on September 28, 2026 the District Court issued a Standing Order Rescinding Procedures to Govern Mediation of Appeals from the United States Bankruptcy

Court for this District ("Standing Order");

THEREFORE, pursuant to District Court's Standing Order, and in light of the above, the Court determines that mediation facilitated by this Court is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE