IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| KDC AGRIBUSINESS LLC, *et al.*, | ) | Chapter 7 |
| | ) | Bankr. Case No. 23-10786-CTG |
| Debtors. | ) | Bankr. BAP No. 26-00045 |
| ______________________________ | ) | |
| GEORGE L. MILLER, not individually | ) | |
| but as Chapter 7 Trustee of | ) | |
| KDC Agribusiness LLC, *et al.*, | ) | Civil Action No. 26-891-CFC |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| FOLEY & LARDNER LLP, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER**

At Wilmington on this 28th day of October in 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the referral for mediation and proceed through the appellate process of this court (D.I. 8);

It is HEREBY ORDERED that the recommendation (D.I. 8) is accepted. The parties are directed to confer and submit a proposed briefing schedule with respect to the merits of the appeal, and any related motion, on or before **December 28, 2026**.

[signature]
Chief Judge